UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DUSTIN BURNHAM, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) No. 2:25-cv-00371-JAW ) |
| PORTLAND HOUSING AUTHORITY, | ) ) ) ) |
| Defendant | ) |

## RECOMMENDED DISMISSAL

Pro se Plaintiff Dustin Burnham initiated this suit against the Portland Housing Authority and filed a motion to proceed *in forma pauperis* (IFP) on July 17, 2025. *See* ECF Nos. 1, 3. By order dated that same day, I denied Burnham's IFP application after concluding he had not demonstrated an inability to pay the costs of this litigation and ordered him to pay this Court's filing fee by July 31, 2025, failing which his case would be dismissed. *See* ECF No. 5. The Clerk's Office mailed a copy of my order to Burnham; nevertheless, he did not pay the filing fee as directed.

Burnham's failure to pay the filing fee warrants dismissal of this action without prejudice. *See, e.g., Gallant v. Town of Bowdoinham*, No. 2:24-cv-00451-SDN, 2025 WL 239004, at *1 (D. Me. Jan. 17, 2025) (rec. dec.) (recommending dismissal of a pro se plaintiff's case without prejudice for failure to pay the filing fee by the stated deadline where the court denied his IFP application, ordered him to pay the filing fee by a certain date, and warned him that failure to pay would mean dismissal of his case), *aff'd*, 2025 WL 580380 (D. Me. Feb. 21, 2025);

1

*Crosson v. Keaten*, No. 1:21-cv-00049-LEW, 2021 WL 1792063, at *1-2 (D. Me. May 5, 2021) (rec. dec.) (recommending dismissal of a pro se plaintiff's case without prejudice after she failed to file a revised IFP application or pay the filing fee by the stated deadline), *aff'd*, 2021 WL 2445886 (D. Me. June 15, 2021).

Accordingly, I recommend that this case be **DISMISSED** without prejudice.

### NOTICE

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: August 5, 2025

/s/ Karen Frink Wolf
United States Magistrate Judge