UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DUSTIN BURNHAM, | ) |
| Plaintiff, | ) |
| v. | ) 2:25-cv-00371-JAW |
| PORTLAND HOUSING AUTHORITY, | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Dismissal, filed August 5, 2025 (ECF No. 6) and the Court having performed its de novo review despite the absence of objection, the Court accepts the Recommended Dismissal.

Accordingly, the Court hereby ORDERS that the Plaintiff's Complaint (ECF No. 1) DISMISSED without prejudice for failure to comply with the Magistrate Judge's order directing him to pay the filing fee. Judgment is hereby entered in favor of the Defendant, Portland Housing Authority, and against the Plaintiff, Dustin Burnham.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2025.