UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DUSTIN BURNHAM | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL NO. 2:25-cv-00371-JAW |
| PORTLAND HOUSING AUTHORITY | ) |
|     Defendant, | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge entered by U.S. District Judge John A. Woodcock, Jr. on September 22, 2025,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

ERIC M. STORMS
ACTING CLERK

By:  /s/ Joanne McCue
Deputy Clerk

Dated: September 22, 2025